**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Vonda A. Smith<br>    aka Vonda Darline Smith<br><br>             <u>Debtor</u> | CHAPTER 7<br><br>BKY. NO. 19-12546 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                                Respectfully submitted,
                                                **/s/ Rebecca A. Solarz, Esq**
                                                Rebecca A Solarz, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322