**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Vonda A Smith aka Vonda Darline Smith<br><br>Debtor(s)<br><br>Citizens Bank NA f/k/a RBS Citizens NA, or its Successor or Assignee<br>                    Movant<br>            vs.<br><br>Christine C. Shubert, Trustee<br>Vonda A Smith aka Vonda Darline Smith<br>                    Respondent(s) | Chapter 7<br>Bankruptcy No. 19-12546-amc |

**ORDER**

AND NOW, this  3rd  day of  June , 20 19 , it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit Citizens Bank NA f/k/a RBS Citizens NA, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 882 N. Fallon Street, Philadelphia, PA 19139, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

ORDERED that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc.:
Christine C. Shubert
821 Wesley Avenue
Ocean City, NJ 08226

Alexandra T. Garcia, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA 19109

Stephen Matthew Dunne
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102

Vonda A Smith aka Vonda Darline Smith
505 Germantown Pike Apt. D1
Lafayette Hill, PA 19444

U.S. Trustee
United States Trustee
Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107