## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Vonda A. Smith aka Vonda Darline Smith <br> <u>Debtor(s)</u> | CHAPTER 7 |
| Toyota Motor Credit Corporation <br> <u>Movant</u> <br> vs. | NO. 19-12546 AMC |
| Vonda A. Smith aka Vonda Darline Smith <br> <u>Debtor(s)</u> | |
| Christine C. Shubert Esq. <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

## <u>ORDER TERMINATING AUTOMATIC STAY</u>

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Camry, VIN: 4T4BF1FKXGR531376  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 17th    day of  June    , 2019.

_____
United States Bankruptcy Judge.

cc: See attached service list

Vonda A. Smith aka Vonda Darline Smith
505 Germantown Pike Apt. D1
Lafayette Hill, PA 19444

Stephen Matthew Dunne, Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

Christine C. Shubert Esq.
10 Teaberry Drive (VIA ECF)
Medford, NJ 08055

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532