United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-12546-amc
Vonda A Smith                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD            Page 1 of 1            Date Rcvd: Jun 17, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
db            +Vonda A Smith,     505 Germantown Pike Apt. D1,     Lafayette Hill, PA 19444-1807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2019 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA
           ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA
           ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          STEPHEN MATTHEW DUNNE    on behalf of Debtor Vonda A Smith bestcasestephen@gmail.com,
           dunnesr74587@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Vonda A. Smith aka Vonda Darline Smith<br>Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>Movant<br>vs. | NO. 19-12546 AMC |
| Vonda A. Smith aka Vonda Darline Smith<br>Debtor(s) | |
| Christine C. Shubert Esq.<br>Trustee | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Camry, VIN: 4T4BF1FKXGR531376  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 17th   day of  June    , 2019.

_____
United States Bankruptcy Judge.

cc: See attached service list

Vonda A. Smith aka Vonda Darline Smith
505 Germantown Pike Apt. D1
Lafayette Hill, PA 19444

Stephen Matthew Dunne, Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

Christine C. Shubert Esq.
10 Teaberry Drive (VIA ECF)
Medford, NJ 08055

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532